# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 20, 2017

## NO. 03-17-00049-CR

**Wesley Eugene Perkins, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND BOURLAND
DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment by the county court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 20, 2017

## NO. 03-17-00050-CR

**Wesley Eugene Perkins, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND BOURLAND**
**DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment by the county court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 20, 2017

## NO.  03-17-00051-CR

**Wesley Eugene Perkins, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND BOURLAND
DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment by the county court.  Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal.  Therefore, the Court dismisses the appeal for want of jurisdiction.  The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 20, 2017

## NO. 03-17-00052-CR

**Wesley Eugene Perkins, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND BOURLAND
## DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE FIELD

This is an appeal from the judgment by the county court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 20, 2017

## NO. 03-17-00053-CR

**Wesley Eugene Perkins, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND BOURLAND
DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment by the county court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.